UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHOGAMY LOVETTE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-05613-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter having failed to appear at the case management conference on January 24, 2019,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for: failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, sought no excuse regarding hearing; not participating in the joint CMC process, and not complying with Rule 71 in terms of producing disclosures and documents.

The hearing on the order to show cause will be held February 14, 2019 at 1:30 p.m. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 25, 2019

_____
EDWARD M. CHEN
United States District Judge