Ross A. Boughton, Bar No. 241119
rboughton@fordharrison.com
Timothy L. Reed, Bar No. 258034
treed@fordharrison.com
Daniel R. Lyman, Bar No. 319010
dlyman@fordharrison.com
**FORD & HARRISON LLP**
505 Montgomery Street, Suite 1001
San Francisco, CA 94111
Telephone: 415-852-6913
Facsimile: 415-852-6925

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHOGANY LOVETTE and EJIONNAH CRANE,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and DOES 1-20, inclusive,,<br><br>Defendants. | Case No. 3:18-CV-05613-EDL<br><br>The Hon. Edward M. Chen<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 30, 2018<br>Action Removed: September 13, 2018<br>Trial Date: May 20, 2020 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Mahogany Lovette and Ejionnah Crane and defendant Walmart Inc. hereby stipulate that the above-captioned action should be dismissed in its entirety with prejudice pursuant to Federal Code of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear her/its own attorneys' fees and costs.

Dated: November 15, 2019     LAW OFFICES OF MAUREEN E. MCFADDEN

By     /s/ Maureen E. McFadden
Maureen E. McFadden
Attorney for Plaintiffs
MAHOGANY LOVETTE and
EJIONNAH CRANE

Dated: November 15, 2019     FORD & HARRISON LLP

By     /s/ Timothy L. Reed
Ross A. Boughton
Timothy L. Reed
Attorneys for Defendant
WALMART INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 15, 2019     By     /s/ Timothy L. Reed
TIMOTHY L. REED

WSACTIVELLP:10861362.1

GRANTED
Judge Edward M. Chen

DATED: 11/19/2019